IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:20-cr-254-DPM

OTHELLO LAMAR JOHNSON, JR.                                       DEFENDANT

ORDER

1. After conferring with counsel, Othello Lamar Johnson, Jr. consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 40*. No objections were filed and the time to do so has passed.

2. Johnson, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 31 August 2019 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty. The Court accepts his guilty plea and convicts him of the offense.

3. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023